UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DEBRA DIEHL,

    Plaintiff,

v.

SUGAR CREEK REST, INC. d/b/a
QUALITY LIFE SERVICES,

    Defendant.

Case No. 2:17-cv-00694

*Order Approving*
## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff hereby stipulates to the dismissal of the above-captioned case, with prejudice. Each party will bear its own costs.

Dated: November 2, 2017

Respectfully submitted,

/s/ Kayla Drum
Kayla Drum, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower
600 Grant Street, Suite 4875
Pittsburgh, PA 15219

SO ORDERED:

_____
Honorable Maureen P. Kelly

Dated: 11/2/17